UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-06487-JLS-MAA                           Date: May 18, 2026
Title:  Mary Chang v. ABM Industry Groups LLC et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

          Kelly Davis                                                    N/A
         Deputy Clerk                                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

       Not Present                                            Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE RE DISMISSAL**

On January 13, 2026, the Court ordered this action stayed based on a stipulation by the parties to arbitrate.  The Court has reviewed the status report filed by Defendant ABM Industry Groups LLC, which states that Plaintiff Mary Chang has yet to file a demand to initiate arbitration.  (Doc. 24.)  In light of the fact that four months have passed since the Court's order, the Court ORDERS Plaintiff to show cause in writing no later than **May 26, 2026** as to why this matter should not be dismissed.  Failure to timely and adequately respond will result in the dismissal of this action without further notice.

Initials of Deputy Clerk: kd